**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-6889**

————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JAMES E. CLIFTON,

                                        Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-75-84-A)

————————

Submitted:  December 21, 2000          Decided:  January 5, 2001

————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

James E. Clifton, Appellant Pro Se.  Robert Andrew Spencer, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. Clifton appeals the district court's order denying relief on his petition challenging the computation of his sentence for failure to provide evidence of exhaustion of administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] See United States v. Clifton, No. CR-75-84-A (E.D. Va. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent that Clifton seeks to receive credit toward his federal sentence for time spent in state custody for state court convictions which caused his federal parole to be repeatedly revoked, we note that the district court and this court have ruled against Clifton on this issue in the context of a 28 U.S.C. § 2241 (1994) petition. See Clifton v. United States Parole Comm'n, No. 98-6527, 1998 WL 454749 (4th Cir. July 29, 1998) (unpublished).